PATRICK CONNORS, as Administrator of the Estate of WILLIAM CONNORS, Deceased, Respondent, *v.* THE GREAT NORTHERN ELEVATOR COMPANY, Appellant.

*Connors* v. *Great Northern Elevator Co.,* 90 App. Div. 311, affirmed.
(Argued November 28, 1904; decided December 13, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 14, 1904, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial.

*Frank Gibbons* and *Harry A. Talbot* for appellant.

*Daniel J. Hanley* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not voting: GRAY, J.